**Order entered February 4, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-20-00517-CV

## MALCOLM JOHNSON, Appellant

### V.

## VERONICA POWELL-JOHNSON, Appellee

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-12398**

### ORDER

Before the Court is appellee's February 3, 2021 opposed third motion for extension of time to file her brief. We **GRANT** the requested two-day extension and **ORDER** the brief be filed no later than February 5, 2021.

/s/    KEN MOLBERG
          JUSTICE